UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: APPLICATION OF THE UNITED | : | No. 19-mj-109(RMS) |
| STATES FOR PARTIAL, CONTINUED | : | |
| SEALING OF FILINGS REGARDING | : | |
| GRAND JURY SUBPOENAS, 2703 ORDERS, | : | **Under Seal** |
| SEARCH WARRANTS, AND RELATED | : | |
| NON-DISCLOSURE AND SEALING | : | |
| APPLICATIONS AND ORDERS | : | April 20, 2020 |

**MOTION TO UNSEAL IN PART SEALED DOCKET ENTRIES,
WITH SPECIFIED SEALED ORIGINALS REMAINING UNDER SEAL**

Per the Court's March 28, 2020 Order (docket no. 62), the United States respectfully moves the Court to approve the following conditions for partially unsealing docket nos. 1 through 64:

1. Unseal the ten docket entries numbered 11-13, 50-51, 59-61, and 63-64.

2. Regarding the 55 docket entries consisting of docket numbers 1-10, 14-49 (which also includes 14.1 and 40.1), and 52-58 (which also includes 57.1):

    a. Accept for filing on the public docket, the redacted versions attached hereto as exhibits, which bear exhibit numbers identical to each document's sealed docket number; and

    b. Retain under seal, the un-redacted, original docket filings, for all the reasons set forth in the government's prior motions docketed as numbers 57 and 61.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Henry K. Kopel*

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. ct24829
henry.kopel@usdoj.gov
203-821-3700