UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: APPLICATIONS OF THE UNITED STATES FOR CONTINUED SEALING FOR: | : |
| | : |
| THREE GRAND JURY SUBPOENAS TO ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | : No. 3:19-mj-109(RMS) |
| FOUR ORDERS PURSUANT TO 18 U.S.C. § 2703(d) REGARDING ▬▬ ▬▬▬▬▬▬▬▬▬▬ | : **Filed Under Seal** |
| FOUR SEARCH WARRANTS REGARDING ▬▬▬▬▬▬ ▬▬▬ ▬▬▬▬▬▬▬▬ | : : |
| AND ALL RELATED APPLICATIONS, AFFIDAVITS, NON-DISCLOSURE APPLICATIONS AND ORDERS, AND PRIOR SEALING MOTIONS AND ORDERS TO SEAL | : : : : |

## MOTION TO CONTINUE TO SEAL

The United States respectfully requests that the captioned items, each more specifically identified below, and each of which was ere previously originally ordered sealed until further order of the Court, henceforth remain under seal indefinitely. This matter was originally sealed, and should remain sealed, because it pertained to a then-ongoing and nonpublic investigation into possible criminal activity. The investigative activity at issue in this sealed matter did not ultimately result in criminal charges. Public disclosure of this sealed matter could therefore adversely impact the public reputation of one or more persons at issue in the sealed documents, by suggesting that they had engaged in criminal conduct, where no charges were later filed. These interests outweigh

any countervailing interests in public access to this matter, and sealing is narrowly tailored to achieve those interests.

By way of clarification, the sealing orders in this matter, and the subjects of this request for further sealing, concern *all* numbered docket entries except no. 13, which comprise the following items:

1. ███████████████████████████████
   ███████████████████████████████
   ███

2. Four Orders under 18 U.S.C. § 2703, for each of the following, ███████████
   ███████



4. All related applications, Affidavits, non-disclosure applications and orders, and motions and orders to seal.

- 2 -

- 3 -

The United States respectfully also requests that the present motion be filed and maintained under seal, because unsealing it would likewise disclose that the docket in question relates to matters that have been properly sealed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Henry K. Kopel*

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. ct24829
henry.kopel@usdoj.gov
203-821-3700
Fax: 203-773-5376

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: APPLICATIONS OF THE UNITED STATES FOR CONTINUED SEALING FOR: | : |
| | : |
| THREE GRAND JURY SUBPOENAS TO ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | : No. 3:19-mj-109(RMS) |
| FOUR ORDERS PURSUANT TO 18 U.S.C. § 2703(d) REGARDING ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | : |
| | : **Filed Under Seal** |
| FOUR SEARCH WARRANTS REGARDING THOSE SAME ▮▮▮ ▮▮▮▮▮▮▮▮▮ | : |
| | : |
| AND ALL RELATED APPLICATIONS, AFFIDAVITS, NON-DISCLOSURE APPLICATIONS AND ORDERS, AND PRIOR SEALING MOTIONS AND ORDERS TO SEAL | : : : |

## SEALING ORDER

The United States has previously applied for, and this Court has previously issued, sealing orders regarding the captioned matters, described more fully below. Having now reviewed the government's motion to seal for an indefinite period of time ("Sealing Motion"), the reasons set forth therein, the full record of the case, and good cause having been shown,

IT IS NOW ORDERED that the Sealing Motion is hereby granted; and

IT IS FURTHER ORDERED that all of the below-specified items in this case shall remain under seal indefinitely; and

- 2 -

IT IS FURTHER ORDERED that the government's current Sealing Motion and this Order also shall remain under seal indefinitely.

The items from this case that shall remain sealed indefinitely include all numbered docket entries except no. 13, which comprise the following items:

1. ███████████████████████████████████
   █ ██████████████████████████████
   ███

   █ ███████████████████████████████
   ███

   █ ██████████ ████████ ███ █████
   █████████████

   █ ███████████████████████████████
   █████████████

   ██████████████████████████████████
   ██████████████████████████

   ██████████████████████████████████
   █████████████████████████████████

   █ ███████████████████████████████
   ███.

4. All related applications, Affidavits, non-disclosure applications and orders, and motions and orders to seal, including the current Motion to Seal, and this Order.

                                                                                                    _____
                                                                                                    HON. ROBERT M. SPECTOR
                                                                                                    United States Magistrate Judge

_____
Date: _____